960

No. 90–1197.   FITZ *v.* COMMUNICATIONS WORKERS OF AMERICA ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 90–1217.   KEARING *v.* TEEL, JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 90–1286.   JENKINS, AKA MCGANN *v.* BARNETT BANK OF PENSACOLA ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–1288.   THOMANN *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–1289.   THOMANN *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–1294.   CHICAGO & NORTH WESTERN TRANSPORTATION CO. *v.* BYRON, JUDGE, CIRCUIT COURT OF MADISON COUNTY, ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 90–1295.   COHN *v.* SHANKMAN.   Ct. App. Tenn.   Certiorari denied.

No. 90–1298.   AL-ZUBAIDI *v.* IJAZ ET AL.   C. A. 4th Cir. Certiorari denied.

No. 90–1299.   CITY OF MILWAUKEE *v.* CEMENT DIVISION, NATIONAL GYPSUM CO., ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–1301.   HADGES *v.* YONKERS RACING CORP.   C. A. 2d Cir.   Certiorari denied.

No. 90–1302.   COLORADO *v.* IDARADO MINING CO. ET AL. C. A. 10th Cir.   Certiorari denied.

No. 90–1303.   MASSEY *v.* WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 90–1304.   CORIZ, BY AND THROUGH NEXT FRIENDS, CORIZ ET UX. *v.* MARTINEZ ET AL.   C. A. 10th Cir.   Certiorari denied.